IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HALL HOUSING INVESTMENTS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| 1997 FUND XV SERIES E, LTD., ) | |
| ) | |
| Defendant, ) | CIVIL ACT. NO. 2:22cv186-ECM |
| ) | [wo] |
| ) | |
| 1997 FUND XV SERIES E, LTD. and ) | |
| GUILFORD REALTY, LLC, ) | |
| ) | |
| Counterclaimants, ) | |
| ) | |
| v. ) | |
| ) | |
| HALL HOUSING INVESTMENTS, INC., ) | |
| ) | |
| Counterclaim Defendant. ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered in this case, Final Declaratory Judgment is entered in favor of 1997 Fund SV Series E, Ltd. and Guilford Realty, LLC and against Hall Housing Investments, Inc.

It is DECLARED that 1997 Fund SV Series E, Ltd. is entitled to the net proceeds from the sale of the Regency Pointe Apartments, under Article XVI, Section 16.4 and Article XI, Section 11.4.1 of the Amended and Restated Certificate and Agreement of Limited Partnership of Foley Hall Apartments, Ltd. II.

It is further DECLARED that 1997 Fund SV Series E, Ltd. and Hall Housing Investments, Inc. are DIRECTED to jointly instruct The Title Group Incorporated to release the net proceeds of the purchase price of Regency Pointe Apartments, located at 500 Greentree Lane, Foley, Alabama 36536, payable to the Partnership as reflected on line 603 "Cash to Seller" of the HUD-1 Settlement, in a manner consistent with this Final Judgment.

The Clerk is DIRECTED to close this case.

Done this 19th day of August, 2022.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE